IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:       Loretta M. Jones                      #17-33479-SHB
                                                    Chapter 13

### NOTICE BY CHAPTER 13 TRUSTEE PURSUANT TO
### FEDERAL BANKRUPTCY RULE 3002.1(f) OF FINAL CURE PAYMENT
### TO PRINCIPAL RESIDENCE MORTGAGE CLAIMANT

The Chapter 13 Trustee hereby certifies that the Debtor(s) has completed all payments under the Chapter 13 plan as necessary to be eligible for a discharge under 11 U.S.C. §1328; and, that the Chapter 13 Trustee has made a final disbursement to creditors, including U.S. Bank Trust, National Association, as Trustee of the Igloo Series IV Trust, %SN Servicing Corporation which holds a claim secured by a security interest in the Debtor(s)' principal residence.  A pre-petition allowed mortgage arrearage in the amount of $5,081.62 has been paid in full by the Chapter 13 Trustee.  In addition, the Chapter 13 Trustee has paid this creditor: a total of $27,539.91 in ongoing mortgage payments sufficient to bring this mortgage current through and including the month of April 2021; plus $0 in post-petition supplemental claims.

As a creditor holding a security interest in property secured by the Debtor(s)' principal residence, be advised that **you are required to file a response** to this Notice of Final Cure Payment pursuant to Federal Bankruptcy Rule 3002.1(g) which provides that within twenty-one (21) days after service of this Notice the holder shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code.  The statement shall itemize the required cure or post-petition amounts, if any, which the holder contends remains unpaid as of the date of the statement; and the statement, <u>shall be filed as a supplement</u> to the holder's proof of claim.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Notice of Final Cure Payment and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on this 27th day of April 2021.

s/ Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

Loretta M. Jones (USM)
7409 Glastonbury Road
Knoxville, TN  37931

Brent T. Strunk, Attorney (ECF)
Brackett & Strunk, Pllc

Tiffany DiIorio (ECF)
United States Trustee's Office

US Bank Trust, National Association (USM)
%SN Servicing Corportation
353 Fifth Street
Eureka,  CA  95501-

Michelle R. Ghidotti (ECF)
The Law Offices of Michelle Ghidotti